## UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| HARTFORD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-11166 EFH |
| | ) | |
| TOWN OF WESTON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of John P. Martin, Gadsby Hannah LLP, 225 Franklin Street, Boston, Massachusetts 02110, (617) 345-7000, as attorney for the defendant, Town of Weston, in the above-entitled action.

Respectfully submitted,
TOWN OF WESTON,
By its attorney,


/ S / John P. Martin
John P. Martin, BBO #637667
jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
December 13, 2005                    (617) 345-7000

B0441244v1