UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>    Defendant | CIVIL ACTION NO. 05-CV-11166-EFH |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to the Notice of Scheduling Conference dated October 11, 2005, Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D) (D. Mass.), counsel for the plaintiff, Hartford Fire Insurance Company, and counsel for the defendant, Town of Weston, have conferred and submit the following:

**I.  PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Establishment of pretrial schedule, including discovery, motions and case management conferences.

**II.  PROPOSED PRETRIAL SCHEDULE**

    A.  Joint Discovery Plan

| Event | Deadline |
|---|---|
| Service of Rule 26 Initial Disclosures | 01/15/06 |
| All motions under Fed. R. Civ. P. 12, 19 and 20 filed | 03/31/06 |
| Completion of Party and Fact Witness Depositions | 08/31/06 |
| Deadline for plaintiff's expert disclosures | 09/30/06 |

1

| | |
|---|---|
| Deadline for defendant's expert disclosures | 11/30/06 |
| Deadline for plaintiff's expert's response to defendant's expert's disclosure | 12/31/06 |
| Completion of Trial Expert Depositions | 01/31/07 |
| Deadline to file Summary Judgment Motions | 02/15/07 |

**III.   MAGISTRATE JUDGE**

The parties do not consent to trial by a magistrate judge.

**IV.   CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

The parties will file their certifications pursuant to Local Rule 16.1(D)(3) under separate cover.

Respectfully submitted,

HARTFORD FIRE INSURANCE COMPANY,

By its attorneys,


/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, Massachusetts 02110
(617) 213-7000

AND

TOWN OF WESTON,

By its attorneys,


/s/ John P. Martin
Joseph A. Barra, BBO#632534
John P. Martin, BBO#637667
Gadsby Hannah LLP
225 Franklin Street

02630-0005
346304v1

2

Boston, MA 02110
(617) 345-7000

3

34016072v1 856093