## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>      Defendant | CIVIL ACTION NO. 05-CV-11166-EFH |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for the plaintiff, Hartford Fire Insurance Company ("Hartford"), has conferred with representatives of the Hartford (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Eric H. Loeffler

Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place
Boston, Massachusetts 02110

/s/ Kenneth Cranston

Mr. Kenneth Cranston
Hartford Fidelity & Bonding
Hartford Plaza
Hartford, CT 06115

34016073v1 856093