UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HARTFORD FIRE INSURANCE
COMPANY,
                Plaintiff

              v.                              CIVIL ACTION NO.:
                                                  05-11166-EFH

TOWN OF WESTON,
                Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

December 14, 2005

HARRINGTON, S.D.J.

      The Defendant the Town of Weston is ordered to file a motion to stay this case on or before January 10, 2006 and the Plaintiff Hartford Fire Insurance Company is to respond on or before January 24, 2006.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge