UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| HARTFORD INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>TOWN OF WESTON, )<br>)<br>Defendant. )<br>) | C. A. No. 05-11166 EFH |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for the defendant, Town of Weston ("Weston"), has conferred with representatives of Weston (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/ s / Joseph A. Barra
Joseph A. Barra, BBO #632534
jbarra@ghlaw.com
John P. Martin, BBO # 637667
jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

/ s / Judith M. Belliveau
Judith M. Belliveau
Asst. Superintendent for Business and Operations
Weston Public Schools
Weston, MA 02493

B0441640v1