UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>Defendant. | C. A. No. 1:05-cv-11166-EFH |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

John P. Martin, counsel for defendant Town of Weston ("Weston"), provides the within certification in accordance with Local Rule 7.1(A)(2) and Article 3.01(b) of the District Court's Expense and Delay Reduction Plan:

1. The Court, in an order dated December 14, 2006, directed Weston to file a motion to stay the instant proceeding pending the resolution of the parallel state court action in which Weston and Plaintiff Hartford Fire Insurance Company ("Hartford") are parties.

2. Weston has made a good faith effort to resolve and/or narrow the issues presented in its Motion to Stay.

3. Weston and Hartford were unable to narrow or resolve the issues raised in the above referenced motion.

B0444045v1

                                          Respectfully submitted,
                                          TOWN OF WESTON,
                                          By its attorneys,

                                        / s / John P. Martin
                                        Joseph A. Barra, BBO #632534
                                        jbarra@ghlaw.com
                                        John P. Martin, BBO #637667
                                        jmartin@ghlaw.com
                                        Gadsby Hannah LLP
                                        225 Franklin Street
                                        Boston, MA  02110
Dated:  January 10, 2006            (617) 345-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the Local Rule 7.1(A)(2) Certification was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

                    Eric H. Loeffler, Esq.
                    Hinshaw & Culbertson, LLP
                    One International Place
                    Third Floor
                    Boston, Massachusetts  01938

                    By:    / s / John P. Martin

                    Dated:    January 10, 2006

B0444045v1