UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 1:05-cv-11166-EFH<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

John P. Martin, counsel for defendant Town of Weston ("Weston"), provides the within certification in accordance with Local Rule 7.1(A)(2) and Article 3.01(b) of the District Court's Expense and Delay Reduction Plan:

1. Weston has made a good faith effort to resolve and/or narrow the issues presented in its Motion for Reconsideration.

3. Weston and Hartford were unable to narrow or resolve the issues raised in the above referenced motion.

Respectfully submitted,
TOWN OF WESTON,
By its attorneys,

/ s / John P. Martin
Joseph A. Barra, BBO #632534
jbarra@ghlaw.com
John P. Martin, BBO #637667
jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: February 21, 2006

B0449931v1

## CERTIFICATE OF SERVICE

  I hereby certify that on this day a true copy of the Local Rule 7.1(A)(2) Certification was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

    Eric H. Loeffler, Esq.
    Hinshaw & Culbertson, LLP
    One International Place
    Third Floor
    Boston, Massachusetts 01938


    By:  / s / John P. Martin

    Dated: February 21, 2006

2

B0449931v1