UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>　　　　　Defendant. | C. A. No. 1:05-cv-11166-EFH |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

John P. Martin, counsel for defendant Town of Weston ("Weston"), provides the within certification in accordance with Local Rule 7.1(A)(2) and Article 3.01(b) of the District Court's Expense and Delay Reduction Plan:

1.　Weston has made a good faith effort to resolve and/or narrow the issues presented in its Motion to Join Jan Five d/b/a Alexandra.

3.　Weston and Hartford were unable to narrow or resolve the issues raised in the above referenced motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　TOWN OF WESTON,
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/ s / John P. Martin
　　　　　　　　　　　　　　　　　　Joseph A. Barra, BBO #632534
　　　　　　　　　　　　　　　　　　jbarra@ghlaw.com
　　　　　　　　　　　　　　　　　　John P. Martin, BBO #637667
　　　　　　　　　　　　　　　　　　jmartin@ghlaw.com
　　　　　　　　　　　　　　　　　　Gadsby Hannah LLP
　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
Dated:  March 28, 2006　　　　　　　(617) 345-7000

## CERTIFICATE OF SERVICE

  I hereby certify that on this day a true copy of the Local Rule 7.1(A)(2) Certification was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

    Eric H. Loeffler, Esq.
    Hinshaw & Culbertson, LLP
    One International Place
    Third Floor
    Boston, Massachusetts 01938

    By: / s / John P. Martin

    Dated: March 28, 2006

B0455041v1