UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C. A. No. 05-CV-11166-EFH |

### DEFENDANT TOWN OF WESTON'S REQUEST FOR A HEARING ON ITS MOTION TO JOIN JAN FIVE CORPORATION D/B/A ALEXANDRA CONSTRUCTION

Defendant Town of Weston ("Weston") hereby requests a hearing on Defendant Town of Weston's Motion to Join Jan five Corp. d/b/a Alexandra Construction.

Respectfully submitted,

TOWN OF WESTON
By its attorneys,

/ s / John P. Martin
Joseph A. Barra, BBO # 632534
jbarra@ghlaw.com
John P. Martin, BBO # 637667
jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Dated:  March 29, 2006

B0455130v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party, and on the attorney for Jan Five Corporation d/b/a Alexandra Construction, by mail.

By:     / s / John P. Martin

Date:     March 29, 2006

B0455130v1