UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>        Defendant | CIVIL ACTION NO. 05-CV-11166-EFH |

**HARTFORD FIRE INSURANCE COMPANY'S RESPONSE
TO THE TOWN OF WESTON'S MOTION TO JOIN
JAN FIVE CORP. D/B/A ALEXANDRA CONSTRUCTION**

      The plaintiff, Hartford Fire Insurance Company ("Hartford"), hereby responds to the defendant Town of Weston's ("Weston") Motion to Join Jan Five Corp. d/b/a Alexandra Construction ("Alexandra"). By way of its Motion, Weston seeks to join Alexandra as a defendant-in-counterclaim pursuant to Fed. R. Civ. P. Rules 20(a) and 13(h) or, alternatively, as a necessary plaintiff under Fed. R. Civ. P. Rule 19(a). Hartford responds that it believes that the Court may exercise supplemental jurisdiction over Alexandra without destroying diversity jurisdiction under 28 U.S.C. §1367. Hartford does not oppose Weston's efforts to add Alexandra as a defendant-in-counterclaim, except to the extent that the Court determines that such joinder would destroy the Court's jurisdiction over this matter.

Respectfully submitted,

**HARTFORD FIRE INSURANCE COMPANY,**

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

<u>**CERTIFICATE OF SERVICE**</u>

I, Eric H. Loeffler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 28, 2006.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO #641289

34019884v1 856093