UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>        Defendant. | C. A. No. 05-CV-11166-EFH |

### NOTICE OF WITHDRAWAL

John P. Martin of Gadsby Hannah, LLP, 225 Franklin Street, Boston, Massachusetts, 02110, hereby withdraws his appearance on behalf of the Defendant, Town of Weston.

Respectfully submitted,
TOWN OF WESTON,
By its attorney,

/ s / John P. Martin
John P. Martin, Esq. BBO# 637667
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110-2811
Tel:  (617) 345-7000
Fax:  (617) 204-8061

Dated:  May 10, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party on May 10, 2006 by mail.

/ s / John P. Martin
John P. Martin

B0461396v1