UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) TOWN OF WESTON, ) ) Defendant. ) ) TOWN OF WESTON, ) ) Third-Party Plaintiff, ) ) v. ) THE DESIGN PARTNERSHIP OF ) CAMBRIDGE and JAN FIVE CORP. ) d/b/a ALEXANDRA CONSTRUCTION, ) ) Third-Party Defendants. ) | C.A No.  05-CV-11166-EFH |

**NOTICE OF CHANGE OF ADDRESS FOR
COUNSEL FOR THE TOWN OF WESTON**

This is to notify the Court and all parties to the above-captioned matter that, effective May 8, 2006, the new firm name, address, telephone number and facsimile number for counsel for the Town of Weston is as follows:

Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

BO1 15780207.1 / 99999-000588

- 2 -

                     Respectfully submitted,
                     TOWN OF WESTON
                     By its attorney,


                     /s/ Joseph A. Barra
                     Joseph A. Barra (BBO #632534)
                     Jonathan R. Hausner (BBO # 654494)
                     SEYFARTH SHAW LLP
                     World Trade Center East
                     Two Seaport Lane, Suite 300
                     Boston, MA  02210
                     Tel.:   (617) 946-4800
                     Fax:   (617) 946-4801
                     E-mail:  jbarra@seyfarth.com

Dated:  May 19, 2006

- 3 -

**CERTIFICATE OF SERVICE**

I, JOSEPH A. BARRA, ESQ., do hereby certify that a true and correct copy of Notice of Change of Address of Counsel for the Town of Weston was served and electronically filed on the 19th day of May, 2006, addressed to:

Bradford Carver, Esq.
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA  02110

Jay S. Gregory, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210

Scott K. DeMello, Esq.
LEPIZZERA & LERPROEIN
980 Washington Street
Suite 218
Dedham, MA  02026

/s/ Joseph A. Barra
Joseph A. Barra