UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTFORD INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>　　　　　Defendant and Plaintiff<br>　　　　　in Counterclaim,<br><br>v.<br><br>JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION,<br><br>　　　　　Defendant in<br>　　　　　Counterclaim. | CIVIL ACTION NO. 05-11166 EFH |

|  |
|---|
| TOWN OF WESTON,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>THE DESIGN PARTNERSHIP OF CAMBRIDGE,<br><br>　　　　　Third-Party Defendant, |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan R. Hausner, Seyfarth Shaw, LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210, (617) 946-4929, as attorney for the defendant, Town of Weston, in the above-entitled action.

Respectfully submitted,

TOWN OF WESTON

By its Attorneys,

*/s/ Jonathan R. Hausner*
Jonathan R. Hausner (BBO #654494)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:    (617) 946-4801

DATED: June 20, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by ~~mail/hand~~ e-filing on June 20, 2006.

*/s/ Jonathan R. Hausner*

BO1 15786220.1