UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF WESTON and )<br>DESIGN PARTNERSHIP OF )<br>CAMBRIDGE, )<br>)<br>Defendants ) | |
| TOWN OF WESTON, )<br>)<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>THE DESIGN PARTNERSHIP OF )<br>CAMBRIDGE, )<br>)<br>Third-Party Defendant ) | C.A. No. 05-CV-11166-EFH |

## NOTICE OF APPEARANCE OF BRIAN C. NEWBERRY

Please notice the appearance of Brian C. Newberry as an attorney for the plaintiff, Elizabeth F. Carter.

Respectfully submitted,

DESIGN PARTNERSHIP OF CAMBRIDGE,
By its attorneys,

*/s/ Brian C. Newberry*
David J. Hatem, PC, B.B.O. #225700
Jay S. Gregory, B.B.O. #546708
Brian C. Newberry, B.B.O. #635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617) 406-4500

Dated: June 26th, 2006

## CERTIFICATE OF SERVICE

I Brian C. Newberry certify that on this 26th day of June, 2006, I served the foregoing document by mailing a copy thereof, postage pre-paid to:

Joseph A. Barra, Esq.
Seyfarth Shaw LLP
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210-2028

Scott K. DeMello, Esq.
Lepizzera & Laprocina
980 Washington Street, Suite 218
Dedham, MA 02026

*/s/ Brian C. Newberry*

01013057/24410.53

2