UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| **Hartford Fire Insurance Company,** <br> **Plaintiff** | ) <br> ) <br> ) |
| **v.** | ) <br> ) |
| **Town of Weston,** <br> **Defendant** | ) C.A. No. 1:05-CV-11166-EFH <br> ) <br> ) |
| **v** | ) <br> ) |
| **Jan Five Corp. d/b/a Alexandra Construction,** <br> **Counterclaim Defendant** | ) <br> ) <br> ) |
| **and** | ) <br> ) |
| **Design Partnership of Cambridge,** <br> **Third-Party Defendant** | ) <br> ) |

## MOTION TO CONVENE A LOCAL RULE 16.1 SCHEDULING CONFERENCE

Now come the parties in the above captioned matter who respectfully request that this Honorable Court convene a Local Rule 16.1 Scheduling Conference and they state as reasons therefore that Jan Five Corp. d/b/a Alexandra Construction and the Design Partnership of Cambridge were recently added as parties to this action, the initial scheduling conference was held on or about December 14, 2005 and the schedule proposed by the parties and adopted by the Court needs to be revised to accommodate the new parties.

The parties provide the attached Memorandum in support of this Motion.

Wherefore, the parties to the above captioned matter respectfully request that this Honorable Court convene a Local Rule 16.1 Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| Jan Five Corp. d/b/a Alexandra Construction | Hartford Fire Insurance Company |
| | |
| _____/s/_____ | _____/s/_____ |
| By: Scott K. DeMello (BBO#566981) | By: Bradford Carver (BBO# 565396) |
| Lepizzera & Laprocina | Hinshaw & Culbertson, LLP |
| 980 Washington Street, Suite 218 | One International Place, 3rd Floor |
| Dedham, MA 02026 | Boston, MA 02110 |
| 781-329-0300 | 617-213-7000 |
| | |
| Town of Weston | Design Partnership of Cambridge |
| | |
| _____/s/_____ | _____/s/_____ |
| By: Jonathan Hausner (BBO#654494) | By: Brian Newberry (BBO#635498) |
| Seyfarth Shaw, LLP | Donovan Hatem, LLP |
| World Trade Center East | Two Seaport Lane |
| Two Seaport Lane, Suite 300 | Boston, MA 02210 |
| Boston, MA 02210-2028 | |
| 617-946-4800 | |

Dated: August 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2006.


_____/s/ Scott K. DeMello_____