## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

HARTFORD FIRE INSURANCE
COMPANY,

                Plaintiff

                v.                            CIVIL ACTION NO.:
                                                  05-11166-EFH

TOWN OF WESTON,

                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

August 23, 2006

HARRINGTON, S.D.J.

      A Scheduling Conference in this case is scheduled for **Tuesday, October 24, 2006**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge