UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>            Defendant | CIVIL ACTION NO. 05-CV-11166-EFH |
| TOWN OF WESTON,<br><br>            Counterclaim Plaintiff,<br><br>v.<br><br>JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION,<br><br>            Counterclaim Defendant,<br><br>AND<br><br>DESIGN PARTNERSHIP OF CAMBRIDGE,<br><br>            Third Party Defendant.<br>t | |

**AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

In connection with the Scheduling Conference scheduled for October 24, 2006, counsel for all parties have conferred and submit the following:

**I.   PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Amendment of the pretrial schedule, including discovery, motions and case management conferences.

1

II. **PROPOSED PRETRIAL SCHEDULE**

    A.    <u>Joint Discovery Plan</u>

| Event | Deadline |
|---|---|
| Service of Rule 26 Initial Disclosures | 11/07/06 |
| All motions under Fed. R. Civ. P. 12, 19 and 20 filed | 11/30/06 |
| Completion of Party and Fact Witness Depositions | 05/27/07 |
| Deadline for plaintiff's expert disclosures | 07/31/07 |
| Deadline for defendant's expert disclosures | 08/31/07 |
| Completion of Trial Expert Depositions | 09/30/07 |
| Deadline to file Summary Judgment Motions | 10/31/07 |

III. **MAGISTRATE JUDGE**

Hartford, Alexandra and Weston do not consent to trial by a magistrate judge.

IV. **CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

The parties have or will file their certifications pursuant to Local Rule 16.1(D)(3) under separate cover.

Respectfully submitted,

**HARTFORD FIRE INSURANCE COMPANY,**

By its attorneys,

/s/ Eric H. Loeffler_____
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, Massachusetts 02110
(617) 213-7000

2

02630-0005
346304v1

**TOWN OF WESTON,**

By its attorneys,


/s/ Jonathan R. Hausner_____
Joseph A. Barra, BBO#632534
Jonathan R. Hausner, BBO#654494
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

**JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION**,

By its attorneys,


/s/ Scott K. DeMello_____
Scott K. DeMello, BBO #566981
Lepizzera & Laprocina
980 Washington Street, Suite 218
Dedham, MA  02026
781-329-0300


**THE DESIGN PARTNERSHIP OF CAMBRIDGE,**

By its attorneys,


/s/ Brian C. Newberry_____
Jay S. Gregory, BBO#225700
Brian C. Newberry, BBO#635498
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

34025181v1 856093