UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

HARTFORD FIRE INSURANCE
COMPANY,
                Plaintiff

            v.

TOWN OF WESTON,
                Defendant.

CIVIL ACTION NO.:
05-11166-EFH

* * * * * * * * * * * * * * * * * * * * * * * * * *

## FINAL PRETRIAL CONFERENCE ORDER

October 24, 2006

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, December 12, 2007 .

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge