UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF WESTON )<br>)<br>Defendant )<br>)<br>v. )<br>)<br>JAN FIVE CORP. )<br>d/b/a ALEXANDRA CONSTRUCTION, )<br>COUNTERCLAIM DEFENDANT )<br>)<br>and )<br>)<br>DESIGN PARTNERSHIP OF CAMBRIDGE, )<br>THIRD-PARTY DEFENDANT )<br>) | C.A. No. 1:05-CV-11166-EFH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter the appearance of Jay S. Gregory, Esquire on behalf of the ***Third-Party Defendant, Design Partnership of Cambridge***, in the above-referenced action.

                                              DESIGN PARTNERSHIP OF
                                              CAMBRIDGE,
                                              By its attorney,

                                              **/S/ Jay S. Gregory**

                                              Jay S. Gregory, Esquire (B.B.O. #546708)
                                              LECLAIR RYAN, P.C.
                                              Two International Place – 16th Floor
                                              Boston, MA 02110
                                              Tel: (857)221-8978

Dated: 5th September 2007

3737174-1

## **CERTIFICATE OF SERVICE**

      I, Jay S. Gregory, Esquire hereby certify that this document file through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NED) and paper copies will be sent to those indicated as non-registered participants on 5th day of September, 2007

      **/S/Jay S. Gregory**
      _____
      Jay S. Gregory, Esquire

3737174-1