UNITED STATES DISTRICT COURT
For the District of Massachusetts

_____
HARTFORD FIRE INSURANCE COMPANY )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
TOWN OF WESTON                  )
                                )
    Defendant                   )
                                )
v.                              )   C.A. No. 1:05-CV-11166-EFH
                                )
JAN FIVE CORP.                  )
d/b/a ALEXANDRA CONSTRUCTION,   )
COUNTERCLAIM DEFENDANT          )
                                )
and                             )
                                )
DESIGN PARTNERSHIP OF CAMBRIDGE,)
THIRD-PARTY DEFENDANT           )
_____)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please withdraw the appearance of Brian C. Newberry and David J. Hatem of Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210, as counsel of record for Design Partnership of Cambridge, defendants, in the above-entitled action.

                           Respectfully submitted,
                           DESIGN PARTNERSHIP OF CAMBRIDGE,
                           By its attorneys,


                           /s/ Brian C. Newberry
                           David J. Hatem, PC, B.B.O. #225700
                           Brian C. Newberry, B.B.O. #635498
                           DONOVAN HATEM LLP
                           Two Seaport Lane
                           Boston, MA 02210
Dated: September 6, 2007   Tel: (617) 406-4500

**CERTIFICATE OF SERVICE**

    I, hereby certify that on this 6th day of September, 2007, I served the foregoing document by mailing a copy thereof, postage pre-paid to:

| | |
|---|---|
| Jonathan Hausner, Esq.<br>World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028 | Scott K. DeMello, Esq.<br>DeMello & Clark, P.C.<br>109 Oak Street<br>Newton, MA 02464 |

.

                                                     /s/ Brian C. Newberry

01114276.DOC/24410.53