UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF WESTON,<br><br>      Defendant.<br><br>TOWN OF WESTON,<br><br>      Counterclaim Plaintiff,<br><br>v.<br><br>JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION,<br><br>      Counterclaim Defendant,<br><br>AND<br><br>DESIGN PARTNERSHIP OF CAMBRIDGE,<br><br>      Third Party Defendant. | CIVIL ACTION NO. 05-CV-11166-EFH |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all Parties to the above captioned action hereby stipulate that this action and all claims asserted herein are dismissed without prejudice and without costs to any party.

2

Respectfully submitted,

**HARTFORD FIRE INSURANCE COMPANY,**
By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

**JAN FIVE CORP. d/b/a ALEXANDRA CONSTRUCTION,**
By its attorney,

/s/ Scott K. DeMello
Scott K. DeMello, BBO#566981
Lepizzera & Laprocina
980 Washington Street, Suite 218
Dedham, MA 02026
(781) 329-0300

**THE TOWN OF WESTON,**
By its attorneys,

/s/ Jonathan R. Hausner
Joseph A. Barra (BBO # 632534)
Jonathan R. Hausner (BBO #654494)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

**THE DESIGN PARTNERSHIP OF CAMBRIDGE,**
By its attorneys,

/s/ Jay S. Gregory
Jay S. Gregory, BBO #225700
LeClair Ryan
Two International Place, 16th Floor
Boston, Massachusetts 02110
(857) 221-8978

3

4

## CERTIFICATE OF SERVICE

    I, Eric H. Loeffler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 10, 2007.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO #641289

4